IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RENE CARDONA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SIDNEY ROBERTS,<br><br>　　　　　Defendant. | **MEMORANDUM DECISION & ORDER**<br><br><br>Case No. 2:16-CV-127 RJS<br><br>District Judge Robert J. Shelby |

　　　　The Court has directed the United States Marshals Service (USMS) to serve process in this case. *See* Fed. R. Civ. P. 4(c)(2). To do so, by statute, the USMS "shall command all necessary assistance to execute its duties." *See* 28 U.S.C.S. § 556(c) (2017).

　　　　The Complaint identifies the following Utah Department of Corrections affiliate: **Sidney Roberts**.

　　　　Service of process on current government affiliates may be effected via authorized agent. If the defendant is no longer affiliated with the State or county or the State or county is not authorized to accept service for this individual, more information must be obtained from the State or county to complete service.

　　　　Accordingly, **IT IS HEREBY ORDERED** that:  If the State or county is unable to accept service of process for the defendant identified above, the State or county shall disclose to the USMS any information in its records that may help in identifying, locating and completing service of process upon the named defendant.  Such information shall include, but is not limited to, the defendant's full names and any known aliases, dates of birth, Social Security numbers,

driver's license numbers, all previous addresses, and last known addresses on file.  The USMS shall take all necessary measures to safeguard any personal information provided by the State or county to ensure that it is not disclosed to anyone other than the USMS or Court officers.

**IT IS SO ORDERED**.

DATED this 17th  day of July, 2017.

BY THE COURT:

JUDGE ROBERT J. SHELBY
United States District Court