IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RENE CARDONA, Plaintiff, | CASE NO. 2:16-cv-00127 |
| v. | |
| DR. SIDNEY ROBERTS, Defendant. | Judge Robert J. Shelby. |

FILED
U.S. DISTRICT COURT
2018 APR 23 P 2:32
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

You Honorable Judge Mr Robert J. Shelby:
Sr, I don't not anything about Law or law cases, and the person who was helping ME got parole. So I really don't know what to do next. Only I can Tell you Sr, is that Doctor Sidney Roberts prescribed ME pain medication Tramadol, ULTRAM and Gabapentin many times on the pass and He also Refiled those Meds when Time Expire.

Doctor Robert firts time denied ME pain meds was becouse my right leg and back gave up and I fall hitting Dr Robert accidental at my way down. He got very mad and told ME that I will Never get Pain Pills again. Every time after that every Dr Denied ME Pain pills saying that it was Dr Robert call. At that time Dr Robert was acting as interim Medical Director, so He got the Last saying whom get what.

Doctor Robert refuse to prescribe anything else. Other Doctors prescribed ME just Ibuprofen for Headache but Nothing for pain.

I suffering a lot of pain for Lumbatic Degenative Discs at my lower back, severe arthritis on my neck and shoulders. Musculoskeletal symtoms.

Also I told contracts attorneys to do my law suit for $20.000 US dollars.

Here I'm attach a medical clearances with some of my medical problems.

Dr Robert did personally denied me those pains meds. I have being taking those pain med on a dayly basis since 2005 with out stop, many time prescribing by Doctor Robert before

NOTE: Doctor Robert is no longer working for U.D.C. - Medical Department.

Tryly Yours. Rene Cardona.
Dated this April 14, 2018.

END

P.S. Sorry, I don't know if I need to write you or the Court Clerk.
Appologyze.

**Patient:** CARDONA, RENE  **Offender #:** 122269
**Housing:** SP UIN U3 3 13 B  **Security Class:** 1-B
**Rlse. Date:** N/A  **Mth. To Rlse.:** N/A
**Age:** 69   **MRN: 10017465**  **Date of Birth:** 1948-04-12
**Allergies: No Known Drug Allergy**
**Active DX:** NONSPECIFIC REACTION TO TUBERCULIN SKIN TEST WITHOUT ACTIVE TUBERCULOS | ACUTE SINUSITIS, UNSPECIFIED | ALLERGIC RHINITIS | UNSPECIFIED PSYCHOSIS | OTHER MUSCULOSKELETAL SYMPTOMS REFERABLE TO LIMBS | DEPRESSIVE TYPE PSYCHOSIS | PAIN IN JOINT INVOLVING ANKLE AND FOOT | ACQUIRED HYPOTHYROIDISM | PTERYGIUM, UNSPECIFIED | BACKACHE, UNSPECIFIED | DEGENERATION OF CERVICAL INTERVERTEBRAL DISC | UNSPECIFIED DERANGEMENT OF JOINT OF SHOULDER REGION | ENCOUNTERS FOR ADMINISTRATIVE PURPOSES |

## Medical Issue Detail - APPROVED

**Selected DX**
BACKACHE, UNSPECIFIED (724.5 )

**Order** 1183703 | 23213272   **Updated By:** rmerrill | 05/01/2017   10:49

| | |
|---|---|
| **Ordered by:** | RAYMOND MERRILL, PA  **Date:** 05/01/2017 **Time:** 10:48 |
| **Order Type:** | WRITTEN BY PROVIDER |
| **Charted by:** | RAYMOND MERRILL, PA  **Date:** 05/01/2017 **Time:** 10:49 |
| **Confirmed by:** | RAYMOND MERRILL, PA  **Date:** 05/01/2017 **Time:** 10:49 |
| **Stat:** | NO   **Nurse Note Req:** NO |
| **Refusals:** | 0 |

**Referenced ICR's:**   **Description**   **Received Date**
No Linked ICRs Found

**Conditions**
**Medical Items:** BOTTOM BUNK
**Other Item(s)/Comments:** RENEWAL BOTTOM BUNK - LUMBAR SPINE PATHOLOGY. AGE.
**Valid Until:** 04/26/2018
**Clearance Approved By:** CLEARANCE COMMITTEE   **Date:** 05/25/2017
**Issued By:** ...   **Date:**
**Returned By:**   **Date:**

Order updated.

[ Back ]  [ Discontinue ]