# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RENE CARDONA, <br><br> Plaintiff, <br><br> v. <br><br> SIDNEY ROBERTS, <br><br> Defendant. | **MEMORANDUM DECISION & DISMISSAL ORDER** <br><br> Case No. 2:16-CV-127-RJS <br><br> District Judge Robert J. Shelby |

Plaintiff filed this *pro se* civil-rights suit, *see* 42 U.S.C.S. § 1983 (2018). Reviewing the Complaint under § 1915(e), in an Order dated September 21, 2018, the Court dismissed it as deficient. (Doc. No. 23.) The Court gave Plaintiff directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days. Plaintiff has not responded.

**IT IS ORDERED** that this action is **DISMISSED** with prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), follow the Court's Order, and to prosecute the case, *see* DUCivR 41-2.

This action is **CLOSED.**

DATED this 28th day of November, 2018.

BY THE COURT:

_____
CHIEF JUDGE ROBERT J. SHELBY
United States District Court